IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED 2007 AUG 28 PM 4:28
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

PHILIP BRASFIELD, *et al.*,

Plaintiffs,

-vs-

Case No. A-05-CA-1009-SS

RISSI L. OWENS, *et al.*,

Defendants.

## JUDGMENT

BE IT REMEMBERED on the 28th day of August 2007, the Court entered its order granting Defendants' Amended and Supplemental Motion to Dismiss Federal Claims in their Official Capacities [#345] and denying Plaintiffs' Motion for Class Certification [#340]. Thereafter, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion for Class Certification [#340] is DENIED; and

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's federal claims brought under 42 U.S.C. § 1983 and Plaintiffs' state law claims in the above-styled cause are DISMISSED WITHOUT PREJUDICE. Defendants shall go hence without delay and with their costs, for which let execution issue against Plaintiffs.

SIGNED this the 28th day of August 2007.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE

